UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE, <br><br> Defendant. | Civ. A. No.  19-0573 (JEB) |

### ANSWER

The United States Department of Justice ("Defendant"), by and through its undersigned counsel, hereby respectfully submits this Answer and Affirmative Defenses to the Complaint of Judicial Watch, Inc. ("Plaintiff").

### AFFIRMATIVE DEFENSES

### FIRST DEFENSE

Defendant has not improperly withheld any records under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

### SECOND DEFENSE

This Court lacks subject matter jurisdiction over any of Plaintiff's requests for relief that exceed the relief authorized by the FOIA.

### RESPONSES TO NUMBERED PARAGRAPHS

Defendant denies each and every allegation contained in the Complaint except as hereinafter expressly admitted or qualified in this Answer.  To the extent the Complaint refers to or quotes from external documents, statutes, or other sources, Defendant may refer to such

materials for their accurate and complete contents; however, Defendant's references are not intended to be, and should not be construed to be, an admission that the cited materials: (a) are correctly cited or quoted by Plaintiffs; (b) are relevant to this, or another action; and (c) are admissible in this, or any other, action.  Defendant respectfully requests and reserves the right to amend, alter, and supplement the defenses contained in this Answer as the facts and circumstances giving rise to the Complaint become known to it through the course of this litigation.

The first paragraph of the Complaint, which is unnumbered, contains Plaintiff's characterizations of its lawsuit, to which no response is required.  To the extent a response is deemed required, Defendant denies the allegations in this paragraph.

1. This paragraph contains a conclusion of law about jurisdiction, to which no response is required.

2. This paragraph contains conclusions of law about venue, to which no response is required.

3. The allegations in this paragraph do not set forth a claim for relief or aver facts in support of a claim to which an answer is required.

4. Defendant admits only that it is an agency of the United States government, headquartered at the specified address. The remaining allegations constitute a legal conclusion to which no response is required.

5. Admits only that Defendant received a FOIA request to the FBI from Plaintiff on October 5, 2018.  Defendant respectfully refers the Court to the FOIA request referenced in this paragraph for a full and complete record of its contents.

6. Admits that Defendant sent a letter to Plaintiff dated October 16, 2018. The letter speaks for itself, and Defendant respectfully refers the Court to the letter for a full and complete record of its contents.

7. Admits, except Defendant avers that its October 16, 2018 letter informed Plaintiff of its right to appeal. The letter speaks for itself, and Defendant respectfully refers the Court to it for a full and complete record of its contents. To the extent that this paragraph alleges that Defendant has unlawfully withheld records from Plaintiff, Defendant denies the allegations of this paragraph.

## COUNT 1

8. Defendant re-asserts its answers to Paragraphs 1 through 7 as if fully stated herein.

9. This paragraph consists of a legal conclusion, to which no response is required. To the extent a response is deemed required, Defendant denies the allegations in this paragraph.

10. This paragraph consists of a legal conclusion, to which no response is required.

11. This paragraph consists of a legal conclusion, to which no response is required.

The remainder of the Complaint sets forth Plaintiff's Prayer for Relief, to which no response is required. To the extent this Paragraph is deemed to contain factual allegations, Defendant denies those allegations and denies that Plaintiff is entitled to any relief.

WHEREFORE, having fully answered Plaintiff's Complaint, Defendant respectfully requests that the relief prayed for in the Complaint be denied, that the Complaint be dismissed with prejudice, and that the Court order any further relief that it deems just and proper.

Dated:  April 8, 2019                              Respectfully submitted,

                                              JESSIE K. LIU
D.C. Bar No. 472845
United States Attorney

DANIEL F. VANHORN
D.C. Bar No. 924095
Chief, Civil Division

By:  /s/ April Denise Seabrook
APRIL Denise SEABROOK
D.C. Bar No. 993730
Assistant United States Attorney
555 Forth Street, N.W.
Washington, D.C.  20530
Telephone:  202-252-2525
Email:  April.Seabrook@usdoj.gov