UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., | |
| Plaintiff, | |
| v. | Civil Action No.: 19-0573 (JEB) |
| U.S. DEPARMENT OF JUSTICE, | |
| Defendant. | |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Darrell C. Valdez, Assistant United States Attorney, as co-counsel of record for Defendant in the above-captioned case.

Dated: May 5, 2020

Respectfully Submitted,

/s/ *Darrell Valdez*
DARRELL C. VALDEZ,
D.C. Bar No. 420232
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
Phone: (202) 252-2507
Darrell.Valdez@usdoj.gov