UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JUDICIAL WATCH, INC., | |
| Plaintiff, | |
| v. | Civil Action No. 19cv0573 (JEB) |
| U.S. DEPARMENT OF JUSTICE, | |
| Defendant. | |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order of January 8, 2021, Plaintiff Judicial Watch, Inc. ("Plaintiff") and Defendant U.S. Department of Justice, on behalf of its component-agency the Federal Bureau of Investigation ("FBI"), by and through undersigned counsel, report to the Court as follows.

1. The Complaint in this action was filed under the Freedom of Information Act ("FOIA") on March 1, 2019. Defendant answered the Complaint on April 8, 2019.

2. This lawsuit involves a multipart FOIA request directed to the FBI for records of communications and meetings between former FBI general counsel James Baker and for DOJ attorney and current Perkins Coie partner Michael Sussman. (Compl. ¶ 5).

**Part 3 of the FOIA Request**

3. In the last Joint Status Report, the Parties informed the Court that the FBI has continued processing Part 3 of Plaintiff's FOIA request on a rolling, monthly basis. The FBI's FOIA office continues to experience a reduction in its staffing levels to approximately 50%, due to the resurgent effects of the COVID-19 pandemic. Due to this staffing

reduction, the FBI is processing approximately 250 pages per month until there is a further change in the staffing level of its FOIA office.

4. Since the last Joint Status Report, the FBI processed 250 pages and released 181 pages on January 15, 2021, and processed an additional 250 pages and released 145 pages on February 12, 2021.

**Proposed Next Steps**

5. The parties propose that they provide the Court with a further status report regarding the processing of Part 3 of the request on or before May 10, 2021.


Dated: March 8, 2021

Respectfully submitted,

| | |
|---|---|
| /s/ *James F. Peterson* <br> JAMES F. PETERSON, <br> D.C. Bar No. 450171 <br> JUDICIAL WATCH, INC <br> 425 Third street, SW, suite 800 <br> Washington, DC 20024 <br> (202) 646-5175 <br> Fax: (202) 646-5199 <br> Email: jpeterson@judicialwatch.org <br><br> *Counsel for Plaintiff* | CHANNING D. PHILLIPS <br> Acting United States Attorney <br><br> BRIAN HUDAK <br> Acting Chief, Civil Division <br><br> /s/   *Darrell C. Valdez* <br> DARRELL C. VALDEZ, D.C. Bar No. 420232 <br> Assistant United States Attorney <br> 555 Fourth Street, N.W. <br> Washington, D.C. 20530 <br> Telephone: (202) 252-2507 <br> Darrell.Valdez@usdoj.gov <br><br> *Counsel for Defendant* |