UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JUDICIAL WATCH, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**U.S. DEPARMENT OF JUSTICE,**<br><br>Defendant. | Civil Action No. 19cv0573 (JEB) |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order of May 10, 2021, Plaintiff Judicial Watch, Inc. ("Plaintiff") and Defendant U.S. Department of Justice, on behalf of its component-agency the Federal Bureau of Investigation ("FBI"), by and through undersigned counsel, report to the Court as follows.

1. The Complaint in this action was filed under the Freedom of Information Act ("FOIA") on March 1, 2019. Defendant answered the Complaint on April 8, 2019.

2. This lawsuit involves a multipart FOIA request directed to the FBI for records of communications and meetings between former FBI general counsel James Baker and former DOJ attorney and current Perkins Coie partner Michael Sussmann. (Compl. ¶ 5).

**Part 3 of the FOIA Request**

3. The FBI has continued processing Part 3 of Plaintiff's FOIA request on a rolling, monthly basis.

4. Since the last Joint Status Report, the FBI processed 300 pages and released 24 pages on May 15, 2021; processed 500 pages and released 89 pages on June 15, 2021; and processed 500 pages and released 14 pages on July 15, 2021.

5. The FBI estimates that there are approximately 4550 pages left to process.

**Proposed Next Steps**

6. The parties propose that they provide the Court with a further status report regarding the processing of records on or before November 10, 2021.

Dated: August 10, 2021

Respectfully submitted,

| | |
|---|---|
| /s/ *James F. Peterson* <br> JAMES F. PETERSON, <br> D.C. Bar No. 450171 <br> JUDICIAL WATCH, INC <br> 425 Third street, SW, suite 800 <br> Washington, DC 20024 <br> (202) 646-5175 <br> Fax: (202) 646-5199 <br> Email: jpeterson@judicialwatch.org <br><br> *Counsel for Plaintiff* | CHANNING D. PHILLIPS <br> Acting United States Attorney <br><br> BRIAN HUDAK <br> Acting Chief, Civil Division <br><br> /s/  *Darrell C. Valdez* <br> DARRELL C. VALDEZ, D.C. Bar No. 420232 <br> Assistant United States Attorney <br> 555 Fourth Street, N.W. <br> Washington, D.C. 20530 <br> Telephone: (202) 252-2507 <br> Darrell.Valdez@usdoj.gov <br><br> *Counsel for Defendant* |