# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JUDICIAL WATCH, INC.,** | |
| **Plaintiff,** | |
| **v.** | **Civil Action No. 19cv0573 (JEB)** |
| **U.S. DEPARMENT OF JUSTICE,** | |
| **Defendant.** | |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order of May 10, 2021, Plaintiff Judicial Watch, Inc. ("Plaintiff") and Defendant U.S. Department of Justice, on behalf of its component-agency the Federal Bureau of Investigation ("FBI"), by and through undersigned counsel, report to the Court as follows.

1. The Complaint in this action was filed under the Freedom of Information Act ("FOIA") on March 1, 2019.  Defendant answered the Complaint on April 8, 2019.

2. This lawsuit involves a multipart FOIA request directed to the FBI for records of communications and meetings between former FBI general counsel James Baker and former DOJ attorney and current Perkins Coie partner Michael Sussmann.  (Compl. ¶ 5).

**Part 3 of the FOIA Request**

3. The FBI has continued processing Part 3 of Plaintiff's FOIA request on a rolling, monthly basis.

4. Since the last Joint Status Report, the FBI processed 500 pages and released 171 pages on August 13, 2021; processed 500 pages and released 395 pages on September 15, 2021; and processed 500 pages and released 355 pages on October 15, 2021.

5.    The FBI estimates that there are approximately 2,568 pages left to process.

**Parts 1 and 2 of the FOIA Request**

6.    The search for records responsive to Parts 1 and 2 of the request has been initiated. Potentially responsive records identified in a search of pertinent emails on the FBI's unclassified system are being processed, and a search of pertinent emails on the FBI's classified system is ongoing.

**Proposed Next Steps**

7.    The parties propose that they provide the Court with a further status report regarding the processing of records on or before February 10, 2022.


Dated:  November 10, 2021

Respectfully submitted,

/s/ *James F. Peterson*                      MATTHEW M. GRAVES, D.C. Bar No. 481052
JAMES F. PETERSON,                      United States Attorney
D.C. Bar No. 450171
JUDICIAL WATCH, INC                   BRIAN HUDAK
425 Third street, SW, suite 800           Acting Chief, Civil Division
Washington, DC 20024
(202) 646-5175                                  /s/   *Darrell C. Valdez*
Fax: (202) 646-5199                         DARRELL C. VALDEZ, D.C. Bar No. 420232
Email: jpeterson@judicialwatch.org    Assistant United States Attorney
                                                    555 Fourth Street, N.W.
*Counsel for Plaintiff*                        Washington, D.C. 20530
                                                    Telephone: (202) 252-2507
                                                    Darrell.Valdez@usdoj.gov

                                                    *Counsel for Defendant*