UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., | |
| Plaintiff, | |
| v. | Civil Action No. 19cv0573 (JEB) |
| U.S. DEPARMENT OF JUSTICE, | |
| Defendant. | |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order of November 10, 2021, Plaintiff Judicial Watch, Inc. ("Plaintiff") and Defendant U.S. Department of Justice, on behalf of its component-agency the Federal Bureau of Investigation ("FBI"), by and through undersigned counsel, report to the Court as follows.

1. The Complaint in this action was filed under the Freedom of Information Act ("FOIA") on March 1, 2019. Defendant answered the Complaint on April 8, 2019.

2. This lawsuit involves a multipart FOIA request directed to the FBI for records of communications and meetings between former FBI general counsel James Baker and former DOJ attorney and current Perkins Coie partner Michael Sussmann. (Compl. ¶ 5).

**Part 3 of the FOIA Request**

3. The FBI has continued processing Part 3 of Plaintiff's FOIA request on a rolling, monthly basis.

4. Since the last Joint Status Report, the FBI processed 500 pages and released the non-exempt portions of 339 pages on November 15, 2021; processed 500 pages and released

the non-exempt portions of 335 pages on December 15, 2021; and processed 500 pages and released the non-exempt portions of 31 pages on January 14, 2022.

5. The FBI estimates that there are approximately 1,068 pages left to process.

**Parts 1 and 2 of the FOIA Request**

6. The search for records responsive to Parts 1 and 2 of the Plaintiff's request is complete and the FBI is reviewing potentially responsive records.

**Proposed Next Steps**

7. The parties propose that they provide the Court with a further status report regarding the processing of records on or before May 10, 2022.

Dated: February 10, 2022

Respectfully submitted,

| | |
|---|---|
| /s/ *James F. Peterson* <br> JAMES F. PETERSON, <br> D.C. Bar No. 450171 <br> JUDICIAL WATCH, INC <br> 425 Third street, SW, suite 800 <br> Washington, DC 20024 <br> (202) 646-5175 <br> Fax: (202) 646-5199 <br> Email: jpeterson@judicialwatch.org <br><br> *Counsel for Plaintiff* | MATTHEW M. GRAVES, D.C. Bar No. 481052 <br> United States Attorney <br><br> BRIAN HUDAK <br> Acting Chief, Civil Division <br><br> /s/ *Darrell C. Valdez* <br> DARRELL C. VALDEZ, D.C. Bar No. 420232 <br> Assistant United States Attorney <br> 555 Fourth Street, N.W. <br> Washington, D.C. 20530 <br> Telephone: (202) 252-2507 <br> Darrell.Valdez@usdoj.gov <br><br> *Counsel for Defendant* |