UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JUDICIAL WATCH, INC.,** | |
| **Plaintiff,** | |
| v. | Civil Action No. 19cv0573 (JEB) |
| **U.S. DEPARMENT OF JUSTICE,** | |
| **Defendant.** | |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order of November 10, 2021, Plaintiff Judicial Watch, Inc. ("Plaintiff") and Defendant U.S. Department of Justice, on behalf of its component-agency the Federal Bureau of Investigation ("FBI"), by and through undersigned counsel, report to the Court as follows.

1. This lawsuit involves a multipart Freedom of Information Act ("FOIA") request directed to the FBI for records of communications and meetings between former FBI general counsel James Baker and former DOJ attorney and current Perkins Coie partner Michael Sussmann. (Compl. ¶ 5).

**Part 3 of the FOIA Request**

2. The FBI has continued processing Part 3 of Plaintiff's FOIA request on a rolling, monthly basis.

3. Since the last Joint Status Report, the FBI processed 500 pages and released the non-exempt portions of 333 pages on February 15, 2022; processed 500 pages and released the non-exempt portions of 32 pages on March 15, 2022; and processed 73 pages and released the non-exempt portions of 48 pages on April 16, 2022.

4. Throughout its processing of the responsive material, the FBI identified records containing the equities of one or more other government agencies ("OGAs,") which were referred to those agencies for consultation. The FBI will continue to make rolling monthly productions of all non-exempt records, or non-exempt portions of records, subject to the FOIA as it receives consultation responses from the OGAs.

**Parts 1 and 2 of the FOIA Request**

5. As previously reported, the search for records responsive to Parts 1 and 2 of the Plaintiff's request is complete. In its April 15, 2022 release, the FBI provided Plaintiff one (1) record responsive to Item 2 of the request and will be issuing its final response concerning any records responsive to Item 1 of Plaintiff's request on May 13, 2022.

**Proposed Next Steps**

6. The parties propose that they provide the Court with a further status report regarding the processing of records on or before August 10, 2022.

Dated: May 10, 2022

Respectfully submitted,

/s/ *James F. Peterson*
JAMES F. PETERSON,
D.C. Bar No. 450171
JUDICIAL WATCH, INC
425 Third street, SW, suite 800
Washington, DC 20024
(202) 646-5175
Fax: (202) 646-5199
Email: jpeterson@judicialwatch.org

*Counsel for Plaintiff*

MATTHEW M. GRAVES, D.C. Bar No. 481052
United States Attorney

BRIAN HUDAK
Chief, Civil Division

/s/  *Darrell C. Valdez*
DARRELL C. VALDEZ, D.C. Bar No. 420232
Assistant United States Attorney
Patrick Henry Building, Civil Division
601 D Street, N.W.
Washington, D.C. 20530
Telephone: (202) 252-2507
Darrell.Valdez@usdoj.gov

*Counsel for Defendant*