UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JUDICIAL WATCH, INC., | ) ) ) | |
| *Plaintiff*, | ) ) | |
| v. | ) ) | Civil Action No. 18-573 (JEB) |
| U.S. DEPARTMENT OF JUSTICE, | ) ) ) | |
| *Defendant*. | ) ) | |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order of May 11, 2022, Plaintiff Judicial Watch, Inc. ("Plaintiff") and Defendant U.S. Department of Justice, on behalf of its component agency the Federal Bureau of Investigation ("FBI"), by and through undersigned counsel, report to the Court as follows.

1. This lawsuit involves a multipart Freedom of Information Act ("FOIA") request directed to the FBI for records of communications and meetings between former FBI general counsel James Baker and former DOJ attorney and current Perkins Coie partner Michael Sussmann. (Compl. ¶ 5).

**Parts 1 and 2 of the FOIA Request**

2. As previously reported, the search for records responsive to Parts 1 and 2 of the Plaintiff's request is complete.

3. Concerning Item 1 of the request, the FBI advised Plaintiff on May 13, 2022, that material responsive to this request is located in an investigative file which is exempt from disclosure pursuant to 5 U.S.C. § 552(b)(7)(A) and that the FBI is reviewing this material for applicable underlying FOIA exemptions.

4. By letter dated June 15, 2022, the FBI advised Plaintiff that in accordance with *Maydak v. DOJ*, the FBI has completed its review of this material to establish all applicable underlying FOIA Exemptions and to locate any non-exempt, public source material available for release. The FBI determined that no non-exempt public source material is available for release and that the records are exempt pursuant to FOIA Exemption (b)(7)(A), with underlying exemptions (b)(1), (b)(3), (b)(6), (b)(7)(C), (b)(7)(D) and (b)(7)(E).

5. The FBI has advised that it will be sending a letter to Plaintiff on August 15, 2022, advising among other things that, due to a recent litigation update, it has determined Exemption (b)(7)(A) no longer applies to withhold the material in full. Accordingly, the FBI will move forward with reviewing and processing the potentially responsive material, and anticipates providing a production to Plaintiff on October 17, 2022.

**Part 3 of the FOIA Request**

6. Since the last Joint Status Report, the FBI notified Plaintiff in a letter dated July 15, 2022, that it is consulting with other government agencies (OGA) and awaiting their responses.

7. The FBI will continue to make rolling monthly productions of all non-exempt records, or non-exempt portions of records as it receives consultation responses from the OGAs.

**Proposed Next Steps**

8. The parties propose that they provide the Court with a further status report regarding the processing of records from the OGAs on or before November 10, 2022

Dated: August 10, 2022
      Washington, DC

Respectfully submitted,

 /s/ James F. Peterson
JAMES F. PETERSON
D.C. Bar No. 450171
JUDICIAL WATCH, INC.
425 Third St., SW, Suite 800
Washington, D.C. 20024
Tel: (202) 646-5175
jpeterson@judicialwatch.org

*Counsel for Plaintiff*

and

MATTHEW M. GRAVES
D.C. Bar No. #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:  /s/ Kartik N. Venguswamy
KARTIK N. VENGUSWAMY
D.C. Bar No. 983326
Assistant United States Attorney
601 D. Street, NW
Washington, D.C. 20530
Tel: (202) 252-1790
kartik.venguswamy@usdoj.gov

*Counsel for Defendant*