UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JUDICIAL WATCH, INC., | ) ) ) | |
| *Plaintiff,* | ) ) | |
| v. | ) ) | Civil Action No. 19-573 (JEB) |
| U.S. DEPARTMENT OF JUSTICE, | ) ) ) | |
| *Defendant.* | ) ) | |

## JOINT STAUTS REPORT

Pursuant to the Court's Minute Order of November 14, 2022, Plaintiff Judicial Watch, Inc. ("Plaintiff") and Defendant U.S. Department of Justice, on behalf of its component agency the Federal Bureau of Investigation ("FBI"), by and through undersigned counsel, report to the Court as follows.

1. This lawsuit involves a multipart Freedom of Information Act ("FOIA") request directed to the FBI for records of communications and meetings between former FBI general counsel James Baker and former DOJ attorney and current Perkins Coie partner Michael Sussmann. (Compl. ¶ 5).

**Parts 1 and 2 of the FOIA Request**

2. As previously reported, the search for and processing of records responsive to Parts 1 and 2 of the Plaintiff's request is complete.

**Part 3 of the FOIA Request**

3. Since the last Joint Status Report, the FBI notified Plaintiff in letters dated November 15, 2022, December 15, 2022 and January 13, 2023, that it is consulting with other

1

government agencies (OGA) and awaiting their responses concerning records the FBI located which originated with, or contain information concerning OGAs.[1]

4. The FBI will continue to make rolling monthly productions of all non-exempt records, or non-exempt portions of records as it receives consultation responses from the OGAs. The FBI will make its next production of records to Plaintiff on Wednesday, February 15, 2023.

**Proposed Next Steps**

5. The parties propose that they provide the Court with a further status report regarding the processing of records from the OGAs on or before May 8, 2023.

\* \* \*

---

[1] In many instances, the same pages were sent to multiple different agencies for review.  The FBI has received input from some agencies, but not others regarding the same pages.

Dated: February 8, 2023
       Washington, DC               Respectfully submitted,

                                                            */s/ James F. Peterson*
                                                             JAMES F. PETERSON
                                                             D.C. Bar No. 450171
                                                             JUDICIAL WATCH, INC.
                                                             425 Third St., SW, Suite 800
                                                             Washington, D.C. 20024
                                                             Tel: (202) 646-5175
                                                             jpeterson@judicialwatch.org

                                                             *Counsel for Plaintiff*

                                                             and

                                                             MATTHEW M. GRAVES
                                                             D.C. Bar No. #481052
                                                             United States Attorney

                                                             BRIAN P. HUDAK
                                                             Chief, Civil Division

                                   By:  */s/ Kartik N. Venguswamy*
                                                             KARTIK N. VENGUSWAMY
                                                             D.C. Bar No. 983326
                                                             Assistant United States Attorney
                                                             601 D Street, NW
                                                             Washington, D.C. 20530
                                                             Tel: (202) 252-1790
                                                             kartik.venguswamy@usdoj.gov

                                                             *Counsel for Defendant*