UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| v. ) | Civil Action No. 19-573 (JEB) |
| ) | |
| U.S. DEPARTMENT OF JUSTICE, ) | |
| ) | |
| *Defendant.* ) | |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order of February 8, 2023, Plaintiff Judicial Watch, Inc. ("Plaintiff") and Defendant U.S. Department of Justice, on behalf of its component agency the Federal Bureau of Investigation ("FBI"), by and through undersigned counsel, report to the Court as follows.

1. This lawsuit involves a multipart Freedom of Information Act ("FOIA") request directed to the FBI for records of communications and meetings between former FBI general counsel James Baker and former DOJ attorney and current Perkins Coie partner Michael Sussmann. (Compl. ¶ 5).

**Parts 1 and 2 of the FOIA Request**

2. As previously reported, the search for and processing of records responsive to Parts 1 and 2 of the Plaintiff's request is complete.

**Part 3 of the FOIA Request**

3. Since the last Joint Status Report, the FBI processed 7 pages and released the segregable, non-exempt portions of information on 7 pages to Plaintiff on February 15, 2023;

1

processed 19 pages and released the segregable, non-exempt portions of information on 19 pages to Plaintiff on March 15, 2023; and processed 29 pages and released the segregable, non-exempt portions of information on 29 pages to Plaintiff on April 14, 2023.

4. The FBI will continue to make rolling monthly productions of all segregable, non-exempt records, or segregable, non-exempt portions of records as it receives consultation responses from the OGAs.

5. The FBI will make its next production of records to Plaintiff on Monday, May 15, 2023.

**Proposed Next Steps**

6. The parties propose that they provide the Court with a further status report regarding the processing of records from the OGAs on or before July 7, 2023.

\*   \*   \*

Dated: May 8, 2023
       Washington, DC                       Respectfully submitted,

                                                 */s/ James F. Peterson*
                                                 JAMES F. PETERSON
                                                 D.C. Bar No. 450171
                                                 JUDICIAL WATCH, INC.
                                                 425 Third St., SW, Suite 800
                                                 Washington, D.C. 20024
                                                 Tel: (202) 646-5175
                                                 jpeterson@judicialwatch.org

                                                 *Counsel for Plaintiff*

                                                 and

                                                 MATTHEW M. GRAVES
                                                 D.C. Bar No. #481052
                                                 United States Attorney

                                                 BRIAN P. HUDAK
                                                 Chief, Civil Division

                                        By:  */s/ Kartik N. Venguswamy*
                                                 KARTIK N. VENGUSWAMY
                                                 D.C. Bar No. 983326
                                                 Assistant United States Attorney
                                                 601 D Street, NW
                                                 Washington, D.C. 20530
                                                 Tel: (202) 252-1790
                                                 kartik.venguswamy@usdoj.gov

                                                 *Attorneys for the United States of America*