UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JUDICIAL WATCH, INC., | ) ) ) | |
| *Plaintiff,* | ) ) | |
| v. | ) ) | Civil Action No. 19-573 (JEB) |
| U.S. DEPARTMENT OF JUSTICE, | ) ) ) | |
| *Defendant.* | ) ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order of May 9, 2023, Plaintiff Judicial Watch, Inc. ("Plaintiff") and Defendant U.S. Department of Justice, on behalf of its component agency the Federal Bureau of Investigation ("FBI"), by and through undersigned counsel, report to the Court as follows.

1. This lawsuit involves a multipart Freedom of Information Act ("FOIA") request directed to the FBI for records of communications and meetings between former FBI general counsel James Baker and former DOJ attorney and current Perkins Coie partner Michael Sussmann. (Compl. ¶ 5).

**Parts 1 and 2 of the FOIA Request**

2. As previously reported, the search for and processing of records responsive to Parts 1 and 2 of the Plaintiff's request is complete.

**Part 3 of the FOIA Request**

3. Since the last Joint Status Report, the FBI processed 32 pages and released the segregable, non-exempt portions of information on 32 pages to Plaintiff on May 15, 2023. The

1

FBI did not receive any consult responses in June and notified Plaintiff of this by letter in June 2023.

    4.      The FBI will continue to make rolling monthly productions of all segregable, non-exempt records, or segregable, non-exempt portions of records as it continues to receive consultation responses from the OGAs.

**Proposed Next Steps**

    5.      The parties propose that they provide the Court with a further status report regarding the processing of records from the OGAs on or before September 5, 2023.

*    *    *

Dated: July 7, 2023
      Washington, DC                      Respectfully submitted,

                                         */s/ James F. Peterson*
                                         JAMES F. PETERSON
                                         D.C. Bar No. 450171
                                         JUDICIAL WATCH, INC.
                                         425 Third St., SW, Suite 800
                                         Washington, D.C. 20024
                                         Tel: (202) 646-5175
                                         jpeterson@judicialwatch.org

                                         *Counsel for Plaintiff*

                                         and

                                         MATTHEW M. GRAVES
                                         D.C. Bar No. #481052
                                         United States Attorney

                                         BRIAN P. HUDAK
                                         Chief, Civil Division

                            By:   */s/ Kartik N. Venguswamy*
                                         KARTIK N. VENGUSWAMY
                                         D.C. Bar No. 983326
                                         Assistant United States Attorney
                                         601 D Street, NW
                                         Washington, D.C. 20530
                                         Tel: (202) 252-1790
                                         kartik.venguswamy@usdoj.gov

                                         *Attorneys for the United States of America*