UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., | ) |
| *Plaintiff*, | ) |
| v. | ) Civil Action No. 19-573 (JEB) |
| U.S. DEPARTMENT OF JUSTICE, | ) |
| *Defendant*. | ) |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order of July 10, 2023, Plaintiff Judicial Watch, Inc. ("Plaintiff") and Defendant U.S. Department of Justice, on behalf of its component agency the Federal Bureau of Investigation ("FBI"), by and through undersigned counsel, report to the Court as follows.

1. This lawsuit involves a multipart Freedom of Information Act ("FOIA") request directed to the FBI for records of communications and meetings between former FBI general counsel James Baker and former DOJ attorney and current Perkins Coie partner Michael Sussmann. (Compl. ¶ 5).

**Parts 1 and 2 of the FOIA Request**

2. As previously reported, the search for and processing of records responsive to Parts 1 and 2 of the Plaintiff's request is complete.

**Part 3 of the FOIA Request**

3. Since the last Joint Status Report on July 7, 2023, the FBI notified Plaintiff in letters dated July 14, 2023, and August 15, 2023, that it is consulting with other government agencies (OGA) and awaiting their responses.

4. The FBI will continue to make rolling monthly productions of all segregable, non-exempt records, or segregable, non-exempt portions of records as it continues to receive consultation responses from the OGAs.

**Proposed Next Steps**

5. The parties propose that they provide the Court with a further status report regarding the processing of records from the OGAs on or before November 7, 2023.

\*   \*   \*

Dated: September 5, 2023
      Washington, DC

Respectfully submitted,

*/s/ James F. Peterson*
JAMES F. PETERSON
D.C. Bar No. 450171
JUDICIAL WATCH, INC.
425 Third St., SW, Suite 800
Washington, D.C. 20024
Tel: (202) 646-5175
jpeterson@judicialwatch.org

*Counsel for Plaintiff*

and

MATTHEW M. GRAVES
D.C. Bar No. #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: */s/ Kartik N. Venguswamy*
KARTIK N. VENGUSWAMY
D.C. Bar No. 983326
Assistant United States Attorney
601 D Street, NW
Washington, D.C. 20530
Tel: (202) 252-1790
kartik.venguswamy@usdoj.gov

*Attorneys for the United States of America*