UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                      )
JUDICIAL WATCH, INC.,                 )
                                      )
    *Plaintiff,*                       )
                                      )
    v.                                )  Civil Action No. 19-0573 (JEB)
                                      )
U.S. DEPARTMENT OF JUSTICE,           )
                                      )
    *Defendant.*                      )
_____)

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order of March 11, 2024,[1] Plaintiff Judicial Watch, Inc. ("Plaintiff") and Defendant U.S. Department of Justice, on behalf of its component agency the Federal Bureau of Investigation ("FBI"), by and through undersigned counsel, report to the Court as follows.

1.    This lawsuit involves a multipart Freedom of Information Act ("FOIA") request directed to the FBI for records of communications and meetings between former FBI general counsel James Baker and former DOJ attorney and current Perkins Coie partner Michael Sussmann. (Compl. ¶ 5).

**Parts 1 and 2 of the FOIA Request**

2.    As previously reported, the search for and processing of records responsive to Parts 1 and 2 of the Plaintiff's request is complete.

---

[1] Counsel for Defendant attempted to timely file this on May 8 but has been experiencing technical issues and has filed this status report as promptly as possible.

1

**Part 3 of the FOIA Request**

3. As previously reported, the FBI is consulting with other government agencies (OGA) and awaiting their responses concerning records the FBI located which originated with, or contain information concerning OGAs.[2]

4. The FBI will continue to make rolling monthly productions of all segregable, non-exempt records, or segregable, non-exempt portions of records as it continues to receive consultation responses from the OGAs.

**Proposed Next Steps**

5. The parties propose that they provide the Court with a further status report regarding the processing of records from the OGAs on or before July 8, 2024.

\* \* \*

---

[2] In many instances, the same pages were sent to multiple different agencies for review. The FBI has received input from some agencies, but not others regarding the same pages.

Dated: May 9, 2024
      Washington, DC               Respectfully submitted,

                                        */s/ James F. Peterson*
                                        JAMES F. PETERSON
                                        D.C. Bar No. 450171
                                        JUDICIAL WATCH, INC.
                                        425 Third St., SW, Suite 800
                                        Washington, D.C. 20024
                                        Tel: (202) 646-5175
                                        jpeterson@judicialwatch.org

                                        *Counsel for Plaintiff*

                                        and

                                        MATTHEW M. GRAVES
                                        D.C. Bar No. #481052
                                        United States Attorney

                                        BRIAN P. HUDAK
                                        Chief, Civil Division

                              By:   */s/ Kartik N. Venguswamy*
                                        KARTIK N. VENGUSWAMY
                                        D.C. Bar No. 983326
                                        Assistant United States Attorney
                                        601 D Street, NW
                                        Washington, D.C. 20530
                                        Tel: (202) 252-1790
                                        kartik.venguswamy@usdoj.gov

                                        *Attorneys for the United States of America*