UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JUDICIAL WATCH, INC., ) | |
|     *Plaintiff,* ) | |
|     v. ) | Civil Action No. 19-0573 (JEB) |
| U.S. DEPARTMENT OF JUSTICE, ) | |
|     *Defendant.* ) | |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order of July 9, 2024, Plaintiff Judicial Watch, Inc. ("Plaintiff") and Defendant U.S. Department of Justice, on behalf of its component agency the Federal Bureau of Investigation ("FBI"), by and through undersigned counsel, report to the Court as follows.

1. This lawsuit involves a multipart Freedom of Information Act ("FOIA") request directed to the FBI for records of communications and meetings between former FBI general counsel James Baker and former DOJ attorney and current Perkins Coie partner Michael Sussmann. (Compl. ¶ 5).

**Parts 1 and 2 of the FOIA Request**

2. As previously reported, the search for and processing of records responsive to Parts 1 and 2 of the Plaintiff's request is complete.

**Part 3 of the FOIA Request**

3. As previously reported, the FBI is consulting with other government agencies (OGA) and is still awaiting their responses concerning records the FBI located which originated

with or otherwise contain information concerning OGAs.[1]  The FBI has followed up with the OGAs to determine the status.

4.  The FBI will continue to make rolling monthly productions of all segregable, non-exempt records, or segregable, non-exempt portions of records as it continues to receive consultation responses from the OGAs.

**Proposed Next Steps**

5.  The parties propose that they provide the Court with a further status report regarding the processing of records from the OGAs on or before November 6, 2024.

\* \* \*

---

[1] In many instances, the same pages were sent to multiple different agencies for review.  The FBI has received input from some agencies, but not others regarding the same pages.

Dated: September 6, 2024
        Washington, DC        Respectfully submitted,

                  */s/ James F. Peterson*
                  JAMES F. PETERSON
                  D.C. Bar No. 450171
                  JUDICIAL WATCH, INC.
                  425 Third St., SW, Suite 800
                  Washington, D.C. 20024
                  Tel: (202) 646-5175
                  jpeterson@judicialwatch.org

                  *Counsel for Plaintiff*

                  and

                  MATTHEW M. GRAVES
                  D.C. Bar No. #481052
                  United States Attorney

                  BRIAN P. HUDAK
                  Chief, Civil Division

By:  */s/ Kartik N. Venguswamy*
       KARTIK N. VENGUSWAMY
       D.C. Bar No. 983326
       Assistant United States Attorney
       601 D Street, NW
       Washington, D.C. 20530
       Tel: (202) 252-1790
       kartik.venguswamy@usdoj.gov

       *Attorneys for the United States of America*