UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JUDICIAL WATCH, INC., | ) | |
| *Plaintiff,* | ) ) ) | |
| v. | ) ) | Civil Action No. 19-0573 (JEB) |
| U.S. DEPARTMENT OF JUSTICE, | ) ) ) | |
| *Defendant.* | ) ) | |

## STIPULATION OF DISMISSAL

Plaintiff, Judicial Watch, Inc., is now satisfied with Defendant's production in this FOIA matter. Accordingly, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendant, the U.S. Department of Justice, stipulate to the dismissal with prejudice of the above-captioned action. Each side agrees to bear their own attorney's fees and costs.

Dated: January 24, 2025

Washington, DC                        Respectfully submitted,

                                               */s/ James F. Peterson*
                                               JAMES F. PETERSON
                                               D.C. Bar No. 450171
                                               JUDICIAL WATCH, INC.
                                               425 Third St., SW, Suite 800
                                               Washington, D.C. 20024
                                               Tel: (202) 646-5175
                                               jpeterson@judicialwatch.org

                                               *Counsel for Plaintiff*

                                               and

        EDWARD R. MARTIN, JR.
        D.C. Bar No. 481886
        United States Attorney

        BRIAN P. HUDAK
        Chief, Civil Division

By:  */s/ Kartik N. Venguswamy*
        KARTIK N. VENGUSWAMY
        D.C. Bar No. 983326
        Assistant United States Attorney
        601 D Street, NW
        Washington, D.C. 20530
        Tel: (202) 252-1790
        kartik.venguswamy@usdoj.gov

        *Attorneys for the United States of America*